# EXHIBIT A

# **Exhibit A**

| **Transferee/Creditor** | **Transferor/Debtor** | **Date of Transfer** | **Amount of Transfer** | **Reason for Payment or Transfer/ Relationship to Debtor** |
|---|---|---|---|---|
| Zeta Global Corp.<br>PO Box 411090<br>Boston, MA 02241-1090 | Christmas Tree Shops LLC | 3/31/2023 | $40,898.00 | Services |
| Zeta Global Corp.<br>PO Box 411090<br>Boston, MA 02241-1090 | Christmas Tree Shops LLC | 4/5/2023 | $40,898.00 | Services |
| Zeta Global Corp.<br>PO Box 411090<br>Boston, MA 02241-1090 | Christmas Tree Shops LLC | 4/14/023 | $27,652.00 | Services |
| Zeta Global Corp.<br>PO Box 411090<br>Boston, MA 02241-1090 | Christmas Tree Shops LLC | 4/14/023 | $27,652.00 | Services |
|  |  |  | **$137,100.00** |  |