# Exhibit A

| Transferee/Creditor | Transferor/Debtor | Date of Transfer | Amount of Transfer | Reason for Payment or Transfer/ Relationship to Debtor |
|---|---|---|---|---|
| Zeta Global Corp. PO Box 411090 Boston, MA 02241-1090 | Christmas Tree Shops LLC | 3/31/2023 | $40,898.00 | Services |
| Zeta Global Corp. PO Box 411090 Boston, MA 02241-1090 | Christmas Tree Shops LLC | 4/5/2023 | $40,898.00 | Services |
| Zeta Global Corp. PO Box 411090 Boston, MA 02241-1090 | Christmas Tree Shops LLC | 4/14/023 | $27,652.00 | Services |
| Zeta Global Corp. PO Box 411090 Boston, MA 02241-1090 | Christmas Tree Shops LLC | 4/14/023 | $27,652.00 | Services |
|  |  |  | **$137,100.00** |  |

4918-5076-5380.1 57097.001